UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**FILED**
JAMES J. VILT, JR. - CLERK
OCT 13 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**CHARLES LEONARD STINSON**
**LOGSDON VALLEY OIL, INC.**
a/k/a HART PETROLEUM

INDICTMENT

NO. 1:21-CR-44-GNS
18 U.S.C. § 2
18 U.S.C. § 300h-2(b)(2)

The Grand Jury alleges:

## BACKGROUND

At all times material to this Indictment:

1. Part C of the Safe Drinking Water Act, 42 U.S.C. §§ 300h through 300h-8, (SDWA), established an underground injection control (UIC) program designed to protect underground sources of drinking water.

2. Pursuant to Section 1422(c) of the SDWA, 42 U.S.C. § 300h-1(c), the Administrator of the United States Environmental Protection Agency (EPA) was required to prescribe an underground injection control program for states which do not operate their own programs.

3. The applicable UIC program for the Commonwealth of Kentucky is the EPA's program found at 40 C.F.R., Parts 124, 144, 146, 147, 148. *See* 40 C.F.R. § 147.901(a).

4. The SDWA defines the term "underground injection" as the subsurface emplacement of fluids by well injection. 42 U.S.C. § 300h(d)(1)(A).

5. "Well injections" means the subsurface emplacement of fluids through a well. 40 C.F.R. § 144.3.

6. A "well" means a bored, drilled, or driven shaft whose depth is greater than the largest surface dimension; or, a dug hole whose depth is greater than the largest surface dimension; or, an improved sinkhole; or, a subsurface fluid distribution system. 40 C.F.R. § 144.3.

7. An "improved sinkhole" means a naturally occurring karst depression or other natural crevice found in volcanic terrain and other geologic setting which have been modified by man for the purpose of directing and emplacing fluids in the subsurface. 40 C.F.R. § 144.3.

8. Any underground injection, except into a well authorized by rule or as authorized by a permit issued under the UIC program, is prohibited. 40 C.F.R. § 144.11.

9. **CHARLES LEONARD STINSON** and **LOGSDON VALLEY OIL, INC.**, a/k/a HART PETROLEUM, the defendants herein, did not have permits to inject and convey fluids brought to the surface in connection with oil projection (known as "produced water") into sinkholes in the Commonwealth of Kentucky.

The Grand Jury charges:

COUNT 1
(VIOLATION OF UNDERGROUND INJECTION CONTROL PROGRAM)

10. The allegations in paragraphs 1 through 9 are incorporated by reference.

11. On or about September 13, 2019, in the Western District of Kentucky, Hart County, Kentucky, **CHARLES LEONARD STINSON** and **LOGSDON VALLEY OIL, INC.**, a/k/a HART PETROLEUM, defendants herein, aided and abetted by each other and others known and unknown to the Grand Jury, did willfully inject fluids into a sinkhole that was not permitted and authorized by rule for underground injection, at Payton #7 East lease, permit number KYI0420.

In violation of Title 42, United States Code, Section 300h-2(b)(2) and Title 18, United States Code, Section 2.

A TRUE BILL.

**REDACTED**

_____
MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

MAB:JDJ

UNITED STATES OF AMERICA v. CHARLES LEONARD STINSON, LOGSDON VALLEY OIL, INC. a/k/a HART PETROLEUM

## PENALTIES

Count 1: NM 3 yrs./$250,000/both/NM 3 yrs. Supervised Release
(Corporation/NM $500,000/NM 3 yrs. Supervised Release).

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

### SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

### FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.